KENNETH B. WILSON, State Bar No. 130009
STEFANI E. SHANBERG, State Bar No. 206717
SARAH E. PIEPMEIER, State Bar No. 227094
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant and Counterclaimant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREND MICRO INCORPORATED, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C04 01785 MMC<br><br>STIPULATED REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO 28 U.S.C. § 1659 AND [PROPOSED] ORDER |

WHEREAS, Fortinet, Inc. ("Fortinet"), the defendant and counterclaimant in the instant action, has also been named as the Respondent in U.S. International Trade Commission Investigation No. 337-TA-510 ("the Investigation"), which was brought by Trend Micro Incorporated ("Trend Micro") under section 337 of the Tariff Act of 1930, as amended;

WHEREAS, the Investigation was instituted through publication in the Federal Register on June 8, 2004;

WHEREAS, the Investigation involves the same issues as the instant litigation in that the substantive allegation is that Fortinet has infringed or is infringing U.S. Patent No. 5,623,600,

entitled "Virus Detection and Removal Apparatus for Computer Networks," which issued on April 22, 1997 to Shuang Ji and Eva Chen and is assigned to Trend Micro;

WHEREAS, 28 U.S.C. § 1659(a) provides in pertinent part that "[i]n a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930 … the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission;"

WHEREAS, 28 U.S.C. § 1659(b) provides that after resolution of the Investigation, the record of the Commission proceeding "shall be transmitted to the district court and shall be made admissible in the civil action;"

WHEREAS, Fortinet wishes to invoke its statutory right to a stay of the above-captioned proceeding and to incorporation of the record of the Investigation; and

WHEREAS, Trend Micro does not oppose Fortinet's invocation of its statutory right to a stay under 28 U.S.C. § 1659.

IT IS STIPULATED THAT pursuant to 28 U.S.C. § 1659(a), the above-captioned proceeding be stayed until resolution of the Investigation.

IT IS FURTHER STIPULATED THAT pursuant to 28 U.S.C. § 1659(b), after dissolution of the stay of this proceeding, the record of the Investigation be transmitted to this Court and that said record be deemed admissible in the instant action, subject to such protective order as the Court determines necessary, to the extent permitted under the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| 1 | DATED: June 18, 2004. | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By _____/s/_____<br>     Sarah E. Piepmeier |
| 4 | | Attorneys for Defendant and Counterclaimant<br>FORTINET, INC. |
| 5 | | |
| 6 | DATED: June 18, 2004. | **McDERMOTT, WILL & EMERY LLP** |
| 7 | | |
| 8 | | By _____/s/_____<br>     Kenneth S. Korea |
| 9 | | Attorneys for Plaintiff and Counterdefendant<br>TREND MICRO INCORPORATED |

IT IS SO ORDERED

DATED:

_____
The Honorable Maxine M. Chesney
United States District Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Sarah E. Piepmeier, attest that I obtained the concurrence of Kenneth S. Korea in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 18th day of June, 2004 at San Francisco, California.

/s/
Sarah E. Piepmeier

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Sarah E. Piepmeier, declare: |
| 3 | I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On June 18, 2004, I served the following document(s): |
| 8 | **STIPULATED REQUEST FOR STAY PURSUANT TO 28 U.S.C. § 1659 AND [PROPOSED] ORDER** |
| | by e-filing same and causing an electronic copy of the document to be served on: |

Kenneth S. Korea, Esq.
Keaton S. Parekh, Esq.
**McDermott, Will & Emery**
3150 Porter Drive
Palo Alto, CA 94304-1212
Email: kkorea@mwe.com
Email: kparekh@mwe.com

Raphael V. Lupo, Esq.
Mark G. Davis, Esq.
**McDermott, Will & Emery**
600 13th Street, N.W., 12th Floor
Washington, D.C. 20005-3096
Email: rlupo@mwe.com
Email: madavis@mwe.com

__X__ (By Electronic Mail) I caused each document be sent by electronic mail.

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

_____ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: June 18, 2004.        /s/
                              Sarah E. Piepmeier

PROOF OF SERVICE
CASE NO. C04 01785 MMC                                  [42073-0002/BY041560.037]