Keaton S. Parekh, State Bar No. 214396
Jimmy M. Shin, State Bar No. 200161
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650-813-5000
Facsimile:  650-813-5100
jshin@mwe.com

Raphael V. Lupo (*Pro Hac Vice*)
Mark G. Davis (*Pro Hac Vice*)
D. Sean Trainor (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington D. C. 20005-3096
Telephone: 202-756-8000
Facsimile:  202-756-8087

Kenneth S. Korea, State Bar No. 200060
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone: 650-289-7877
Facsimile:  650-328-8508

Ron E. Shulman, State Bar No. 178263
Terry Kearney, State Bar No. 160054
Michael B. Levin, State Bar No. 172329
Christopher Parry, State Bar No. 209858
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94303-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
cparry@wsgr.com

Attorneys for Plaintiff
**TREND MICRO INCORPORATED**

Attorneys for Defendant/Counterclaimant
**FORTINET, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TREND MICRO INCORPORATED, a California corporation; | CASE NO. C04-01785 RMW |
| Plaintiff, | JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT |
| v. | [PATENT L.R. 4-3] |
| FORTINET, INC., a Delaware corporation; | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Patent L.R. 4-3 and the parties' Joint Stipulation and [Proposed] Case Management Order (Docket No. 277), Plaintiff Trend Micro Incorporated ("Trend Micro") and Defendant Fortinet, Inc. ("Fortinet") (collectively "the Parties") submit the following joint claim construction statement for U.S. Patent No. 5,623,600 ("'600 patent").

## I. CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES AGREE

The parties agree on the construction of the following claim terms or phrases:

| Claim Term | Claim Construction |
|---|---|
| Server<br><br>*(all claims)* | A computer and/or software that performs services for other computers or programs. |

## II. CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES DISAGREE

The parties do not agree on the construction of the following claim terms

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| Virus<br><br>*(all claims)* | A section of malicious code that is buried or hidden in another program. When executed, the malicious code may attach itself to other programs, open a backdoor for a hacker or other malicious code, destroy data, perform a prank, or other actions harmful to the server or recipient client computer.<br><br>**Support:**<br><br>Trend Micro's Prehearing Statement at 66-67 and 68-76 (and evidence cited therein).<br><br>Complainant Trend Micro | Malicious code. A worm is a type of virus.<br><br>**Support:**<br><br>'600 patent at Title, Abstract, 1:7-13, 1:43-2:36, 2:39-42 and 7:56-63;<br><br>Cited European Application at 5:46-6:1 (FDC000074); English translation at 7 (FDC000946-57);<br><br>Trend Glossary (Virus Types), http://www.trendmicro.com/en/security/general/glossary/overview.htm#Virus%20Types;<br><br>ICSA Article at 10; |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | Incorporated's Opening Posthearing Brief ("CBr") at 11-14 (and evidence cited therein).<br><br>Frequently Asked Questions On Virus-L/Comp.virus (Release 2.00, Last Updated October 9, 1995)("1995 FAQ")(can be found at www.faqs.org/faqs/computer-virus/faq/").<br><br>*Computer Security: Art and Practice* (2003).<br><br>Eva Chen Deposition Transcript at 23:9-24 (*see* Trend Micro's Prehearing Statement at 75).<br><br>Trend Micro's Order 9 Submissions, Item No. 1, Exh. 1 at 15-18 (and evidence cited therein).<br><br>Complainant Trend Micro's Proposed Findings of Fact 210-213, and 215-239 (and evidence cited therein).<br><br>ITC Hearing Testimony of Mr. Lacy at 1615-17.<br><br>Expert testimony of Dr. John Mitchell. | Webopedia, http://www.webopedia.com/didyouknow/internet/2004/virus.asp ("The Difference Between a Virus, Worm and Trojan Horse?"), http://www.pcwebopaedia.com/TERM/V/virus.html (virus);<br><br>SearchSecurity.com, http://searchsecurity.techtarget.com/sDefinition/0,,sid14_gci213386,00.html (worm), http://searchsecurity.techtarget.com/sDefinition/0,,sid14_gci213306,00.html (virus);<br><br>Wikipedia, http://en.wikipedia.org/wiki/Computer_virus, http://en.wikipedia.org/wiki/Malware;<br><br>Webster's at 609 (virus);<br><br>IBM Dictionary at 737 (virus), 749 (worm);<br><br>Chen Depo. at 141;<br><br>ITC Tr. at 334, 1878-82, 1884;<br><br>Norman White Paper at FHC 003333;<br><br>Ji NAI Depo. at 376;<br><br>ID at 36-37. |
| The order of the "sending" and "determining" steps/recited functions in claims | No particular sequence of steps is required.<br><br>**Support:** | Claims 11 and 13 require determining whether the mail message contains a virus before sending the mail message to the destination address. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| 11, 13, and 18.<br><br>The order of the "sending," "determining," and "transmitting" steps/recited functions in claims 4 and 21. | Order Re Claims Construction (C97-20438 RMW) ("NAI Claim Construction Order") at 5 ("…asserted interpretation is inconsistent with the literal language of Claim 4 since no particular sequence of steps is required. <u>See Vaupel Textilmaschinen v. Meccanica Euro Italia</u>, 944 F.2d 870, 880 (Fed. Cir. 1991).").<br><br>Expert testimony of Dr. John Mitchell. | Claim 18 requires determining whether the data contains a virus before sending the data to the destination address.<br><br>Claims 4 and 21 require determining whether the data is of the type likely to contain a virus before sending the data to the destination address.<br><br>**Support:**<br><br>'600 Patent at Figs. 6B-C and 8B, 7:33-45, 7:51-8:34, 8:58-9:21, 10:26-56, 10:57-11:8, 11:28-33, claim 4, claim 7, claim 11, claim 13, claim 18 and claim 21;<br><br>Petition to Make Special (July 2, 1996) at FHC 694, 703;<br><br>NAI Claim Construction at 2;<br><br>Trend's NAI CC Brief at 33-35. |
| Data<br><br>*(claims 4, 18, 21)* | Ordinary meaning. Does not require further interpretation. The ordinary meaning of "data" is:<br><br>Information that can be read by a computer.<br><br>**Support:**<br><br>21st Century Dictionary of Computer Terms (1994, Dell Publishing) at 94 ("data" is defined as "[i]nformation that has been formatted to be stored and processed by a computer.").<br><br>Merriam-Webster Online - http://www.m-w.com/cgi- | A file or a mail message<br><br>**Support:**<br><br>'600 Patent at Abstract, 2:61-3:16, 4:46-55, 7:14-23, 7:29-56, 8:40-9:2, 9:28-36, claims 1-3, claim 4, claim 8, claim 18, claim 20 and claim 21;<br><br>Trend's Corrected Pre-Hearing Statement at 156. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | bin/dictionary (Data is defined as information that can be digitally transmitted or processed.) (last visited: December 15, 2005).<br><br>Expert testimony of Dr. John Mitchell. | |
| data... type<br><br>*(claims 4, 21)* | Ordinary meaning. Does not require further interpretation. The ordinary meaning of "data type" is:<br><br>A classification identifying a particular kind of data.<br><br>**Support:**<br><br>21st Century Dictionary of Computer Terms (1994, Dell Publishing) at 100 ("data type" is defined as "[a]n identifier given to data to direct the program in how to use them. For example, text data are identified as such in a computer program, to distinguish them from numeric data.").<br><br>See Dictionary.com (http://dictionary.reference.com/search?q=data%20type)("data type" defined as (1) In programming, a *classification identifying one of various types of data*, as floating-point, integer, or Boolean, stating the possible values for that type, the operations that can be done on that type, and the way the values of that type are stored and (2) In databases or spreadsheets, a *classification identifying one of various kinds of data*, as a name, date, or dollar amount, found in a specific data field). | The data's format (*e.g.*, .txt, .bmp, .pcx, .gif, .exe, .zip, .com)<br><br>**Support:**<br><br>'600 Patent at 7:33-41, 8:58-61, 10:26-45;<br><br>Newton's at 252 (File extension);<br><br>Silberschatz Book at 354-58. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | Expert testimony of Dr. John Mitchell. | |
| Determining [. . . whether the data contains a virus] *(claims 4, 13, 18)* | Ordinary meaning. Does not require further interpretation. The ordinary meaning of "determining" is:<br><br>Establishing or ascertaining.<br><br>**Support:**<br><br>See Dictionary.com (http://dictionary.reference.com/search?q=determine) ("determining" defined as "[t]o *establish or ascertain* definitely, as after consideration, investigation, or calculation.").<br><br>Expert testimony of Dr. John Mitchell. | Using any method to determine whether a virus is present (e.g., behavior interception, signature scanning or using a checksum).<br><br>**Support:**<br><br>'600 Patent at 1:58-2:11, 7:56-65, 9:1-3;<br><br>Petition to Make Special (July 2, 1996) at FHC 697, 703. |
| Whether the last step in claim 4 is a negative limitation that requires transmitting the data from the server to the destination without determining whether any viruses are present | The last step of claim 4 should be given its ordinary meaning. In that regard, the last step requires transmitting data from the server to the destination without performing the steps of determining whether the data contains a virus … if the data is not of a type that is likely to contain a virus.<br><br>This limitation is met if there are any viruses which are only determined to be present if the data is of a type likely to contain that virus<br><br>**Support:**<br><br>'600 Patent at 12:58-62. | This step is a negative limitation. The last step of claim 4 requires transmitting the data from the server to the destination without determining whether any viruses are present.<br><br>**Support:**<br><br>'600 Patent at Fig. 6B, 7:33-58, 8:58-9:21, 10:26-11:33;<br><br>Trend's NAI CC Brief at 33-35. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | Expert testimony of Dr. John Mitchell. | |
| without performing the steps of determining whether the data contains a virus . . . if the data is not of a type that is likely to contain a virus<br><br>*(claim 4)* | Ordinary meaning. Providing a construction for this element will lead to potential confusion.<br><br>This limitation is met if there are any viruses which are only determined to be present if the data is of a type likely to contain that virus<br><br>**Support:**<br><br>NAI Claim Construction Order at 4 ("Neither of the parties' proposed interpretations of the phrase "determining whether the data contains a virus" is required since the phrase has an ordinary meaning, is understandable and is potentially less confusing to a jury than either of the parties' suggested interpretations.").<br><br>Expert testimony of Dr. John Mitchell. | If the data's type is unlikely to contain a virus, then the system does not determine whether any viruses are present.<br><br>**Support:**<br><br>'600 Patent at Fig. 6B, 7:33-58, 8:58-9:21, 10:26-11:33;<br><br>Trend's NAI CC Brief at 33-35. |
| File<br><br>*(claim 11)* | Collection of related records treated as a unit.<br><br>**Support:**<br><br>Trend Micro adopts the below construction as determined by J. Luckern in the *Final ID.  See Final ID* at 37-39 (and evidence cited therein).<br><br>"…collection of related records treated as a unit." | A collection of information stored in the file system with a unique name.<br><br>**Support:**<br><br>'600 Patent at Abstract, 3:7-9 ('The preferred method for processing a file comprises the steps of: receiving the data transfer command and file name.), '600 7:14-18, 7:33-40, 7:53-58, 8:10-16,  8:45-47, 8:65-9:2, 10:63-65. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | Prentice Hall's Illustrated Dictionary of Computing (Second Edition)(1995) at 218 ("A collection of records…."). | ("[E]ach of the encoded portions stored in its own file is individually decoded using uudecode program, as will be understood by those skilled in the art."), 11:22-27 ("[R]ename the encode portions of the message containing viruses, store the renamed portions as files in a specified directory on the SMTP proxy server 62 and notify the user of the renamed files and directory path."); |
| | IBM Dictionary of Computing (1994, McGraw-Hill, Inc.) at 269 ("A collection of information treated as a unit."). | |
| | McGraw-Hill Electronics Dictionary (5th Edition)(1994, McGraw-Hill, Inc.) at 208 ("A collection of related records…."). | Trend's Corrected Pre-Hearing Statement at 156; |
| | Expert testimony of Dr. John Mitchell. | Computer Glossary at 148 (file); |
| | | Wikipedia, http://en.wikipedia.org/wiki/Record-oriented_filesystem, http://en.wikipedia.org/wiki/Computer_file; |
| | | FOLDOC, http://foldoc.org/foldoc.cgi?query=file, http://foldoc.org/foldoc.cgi?query=file+system; |
| | | SearchSecurity.com, http://searchexchange.techtarget.com/sDefinition/0,290660,sid43_gci212118,00.html (file); |
| | | ITC Tr. at 1221-22, 1698, 1938-39; |
| | | Microsoft Dictionary at 164 (file); |
| | | RFC 0265 at section II; |
| | | RFC 0959 at "file"; |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | | Silberschatz Book at 349-58; Sinha Book at 421-27. |
| temporary file *(claim 11)* | Non-permanent collection of related records treated as a unit, such as a data record residing in RAM. **Support:** Trend Micro adopts the construction as determined by J. Luckern in the *Final ID. See Final ID* at 37-39 (and evidence cited therein). Trend Micro's Prehearing Statement at 66-67 and 96-99. CBr at 23-24 (and evidence cited therein); Staff's Posthearing Brief ("SBr") at 33-35; Respondent's Posthearing Brief ("RBr") at 45. Webster's College Dictionary (1991) at 1374. IEEE Standard Dictionary of Electrical and Electronic Terms (3rd ed. 1984). Microsoft Press Computer Dictionary (3d ed. 1997). 21st Century Dictionary of Computer Terms. IBM Dictionary of Computing; Webster's II New College Dictionary (1995). U.S. Patent No. 5,319,776 to Hile | A non-permanent file. **Support:** '600 Patent at 7:53-58, 8:10-16, 8:65-9:2, 10:57-60 ("...the SMTP proxy server 62 stores each of the encoded portions of the message in its own temporary file at the gateway node 33 in step 828."), 10:67-11:2 ("Next in step 832, the SMTP proxy server 62 calls and executes a virus-checking program on each message portion stored in its temporary file(s)."), 10:63-65: ("[E]ach of the encoded portions stored in its own [temporary] file is individually decoded using uudecode program, as will be understood by those skilled in the art."); Wikipedia, http://en.wikipedia.org/wiki/Temporary_file; IBM Dictionary at 685 (temporary file); ITC Tr. at 1697-99, 1939-40. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | (RX-158).<br><br>Hearing Transcript of Nispel at 1218-22.<br><br>Trend Micro's Order 9 Submissions, Item No. 1, Exh. 1 at 38-40 (and evidence cited therein).<br><br>Complainant Trend Micro's Proposed Findings of Fact 309-324 (and evidence cited therein).<br><br>Expert testimony of Dr. John Mitchell. | |
| Storing each encoded portion of the mail message in a separate temporary file<br><br>*(claim 11)* | Ordinary meaning.<br><br>"Separate" would be distinct in some respect, such as space or time.<br><br>**Support:**<br><br>The Oxford Desk Dictionary (1995, Oxford University Press) at 527 (defining "separate" as "forming a unit by itself; existing apart; disconnected; distinct; individual").<br><br>Webster's II New Riverside Dictionary (Revised Edition)(1996, Houghton Mifflin Company) at 619 (defining "separate" as "to put or keep apart; disjoin").<br><br>Expert testimony of Dr. John Mitchell. | The server stores each encoded portion of the mail message in its own temporary file (separate from the other encoded portions and separate from the mail message).<br><br>**Support:**<br><br>'600 Patent at 10:58-60 ("[T]he SMTP proxy server 62 stores each of the encoded portions of the message in its own temporary file at the gateway node 33 in step 828."), 10:61-62 ("[I]f a message included three encoded portions, each encoded portion will be stored in a separate file."). |
| Scanning | To examine intensively | Examining. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| *(claims 11-15)* | **Support:**<br><br>Trend Micro adopts the construction as determined by J. Luckern in the *Final ID.*  *See Final ID* at 39.<br><br>Expert testimony of Dr. John Mitchell. | **Support:**<br><br>'600 Patent at 10:26-28 ("[T]he method continues in step 820 with the SMTP proxy server 62 scanning the message body and checking for any portions that are encoded."), '600 Patent at 10:28-40, 10:57-11:2. |
| SMTP proxy server<br><br>*(claim 13)* | Using the SMTP protocol in the underlying mail message transfer, a computer and/or software program that performs services for other computers or programs which proxy server (a) receives data to be transferred, (b) scans the data to be transferred for viruses, (c) controls transmission of said data according to preset handling instructions and the presence of viruses, (d) has a data input, a data output and a control input with the data input coupled to receive the data to be transferred and with the location of the proxy server residing intermediate the trusted client and untrusted host.  The proxy server may be a novel gateway node location or to relaying data requests and replies at the application layer.<br><br>**Support:**<br><br>Trend Micro adopts the construction as determined by J. Luckern in the *Final ID* (except for the portion in subpart (b) regarding what viruses would include).  *See Final ID* at 40-52.<br><br>Trend Micro's Prehearing Statement | An intermediary program that is capable of receiving an SMTP mail message and passing it on.<br><br>**Support:**<br><br>'600 Patent at Fig. 4, 2:54-58 ("The central processing unit ... executes the SMTP proxy server for transmitting and receiving messages over the communications unit."), 5:5-7 ("[T]he SMTP proxy server is a routine for controlling the transfer of messages to and from the gateway node."), 9:32-36 ("The SMTP proxy server is preferably a program that resides on the gateway node 33, and controls and handles all transfers of electronic messages or mail in and out of the network through the communications unit 54 and the media 34.");<br><br>Web Proxy Servers at 4;<br><br>Webopedia, http://www.webopedia.com/TERM/p/proxy_server.html;<br><br>Wikipedia, http://en.wikipedia.org/wiki/Proxy_server; |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | at 66-67 and 84-96.<br><br>Dr. Bishop Deposition Transcript at 17:11-24.<br><br>CBr at 18-22 (and evidence cited therein); SBR at 17-29; RBr at 32, 36.<br><br>Trend Micro's Order 9 Submissions, Item No. 1, Exh. 1 at 31-38 (and evidence cited therein).<br><br>Complainant Trend Micro's Proposed Findings of Fact 287-308 (and evidence cited therein).<br><br>Expert testimony of Dr. John Mitchell. | Crider NAI Depo. at 84, 299, 406-407, 498-500;<br><br>ITC Tr. at 1171-72, 1864-65. |
| SMTP daemon<br><br>*(claim 13)* | A program that runs in the background without user (i.e., human) intervention and is part of the operating system.<br><br>**Support:**<br><br>Trend Micro adopts the construction as determined by J. Luckern in the *Final ID.   See Final ID* at 30-33.<br><br>Trend Micro's Order 9. Submissions, Item No. 1, Exh. 1 at 18-21 (and evidence cited therein).<br><br>CBr at 17-18, 66-67 and 76-81 (and evidence cited therein); SBr at 11-13; RBr at 41.<br><br>Hearing Transcript of Dr. Bishop at 1842, 2092; Avolio at 1737;  and Gray at 349.<br><br>Trend Micro's Prehearing Statement | A program running in the background that is capable of transferring an SMTP mail message to a destination.<br><br>**Support:**<br><br>'600 Patent at 9:64-66 ("The SMTP daemon 98 is preferably the existing program "sendmail" that is part of the BSD Unix operating system.");<br><br>Computer Glossary at 87 (daemon);<br><br>*Webster's New World Dictionary of Computer Terms* (6th ed. 1997) at 129 (daemon);<br><br>Microsoft Dictionary at 104 (daemon);<br><br>FOLDOC, |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | at 76-81 (and evidence cited therein).<br><br>*The Complete Idiot's Guide to UNIX* (1995), by John McMullen, at 353; the *IBM Dictionary of Computing* (10th ed. 1993) at 163; Webster's New World Dictionary of Computer Terms (6th ed. 1997) at 129.<br><br>Dr. Bishop Deposition Transcript at 104:10-24.<br><br>Dr. Bishop Report from the *Trend Micro v. NAI* litigation at 13 (footnote 16).<br><br>Complainant Trend Micro's Proposed Findings of Fact 254-259 (and evidence cited therein).<br><br>Expert testimony of Dr. John Mitchell. | http://foldoc.org/foldoc.cgi?query=daemon. |
| Wherein the step of sending the mail message to the destination address is performed if the mail message does not contain any encoded portions . . . .<br><br>*(claim 13)* | Ordinary meaning. Does not require further interpretation. The ordinary meaning is as follows:<br><br>A mail message is sent to the destination address if it does not contain any encoded portions.<br><br>**Support:**<br><br>'600 Patent at 14:22-24.<br><br>Expert testimony of Dr. John Mitchell. | Fortinet asserts that this element, in conjunction with other elements, does not comply with 35 U.S.C. § 112(2). To the extent the claim can be construed to preserve its validity, it means:<br><br>The mail message is sent to the destination address without determining whether the mail message contains a virus if the mail message does not contain any encoded portions.<br><br>**Support:**<br><br>'600 Patent at 10:40-45 ("If the message does not include any encoded portions, the SMTP proxy server 62 transmits the message |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | | through the second command port to the SMTP daemon 98 in step 824."); Trend's NAI CC Brief at 33; ID at 72. |
| means for receiving a data transfer request including a destination address *(claim 18)* | Defined as required by law under 35 USC §112 (6). A proxy server, or its equivalents. A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type. **Support:** NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents."). Expert testimony of Dr. John Mitchell. | This element is governed by 35 U.S.C. § 112 ¶ 6. The corresponding structure is FTP, SMTP, or HTTP proxy servers, and their structural equivalents. **Support:** Fortinet adopts the construction as determined by Judge Whyte in the *Trend v. Network Associates* litigation. *See* NAI Claim Construction Order at 2; '600 Patent at 7:14-19; Trend's 2d Supp. PICs at 17. |
| means for electronically receiving data at the server *(claim 18)* | Defined as required by law under 35 USC §112 (6). A proxy server, or its equivalents. A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type. **Support:** NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and | This element is governed by 35 U.S.C. § 112 ¶ 6. The corresponding structure is FTP, SMTP, or HTTP proxy servers, and their structural equivalents. **Support:** Fortinet adopts the construction as determined by Judge Whyte in the *Trend v. Network Associates* litigation. *See* NAI Claim |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | HTTP proxy servers and their structural equivalents."). Expert testimony of Dr. John Mitchell. | Construction Order at 2; '600 Patent at 7:14-19; Trend's 2d Supp. PICs at 18-19. |
| means for determining whether the data contains a virus at the server *(claim 18)* | Defined as required by law under 35 USC §112 (6). Virus detection software or mechanism, and its equivalents. **Support:** '600 Patent at 7:58-65 ("This is preferably done by invoking a virus-checking program on the temporarily stored file…. [h]owever, those skilled in the art will realize that various other virus detection methods may also be used …."). Expert testimony of Dr. John Mitchell. | This element is governed by 35 U.S.C. § 112 ¶ 6. The corresponding structure is a virus checking program running on the server. **Support:** '600 Patent at 7:56-67; Trend's 2d Supp. PICs at 19 (Virus Checker). |
| means for performing a preset action on the data using the server if the data contains a virus *(claim 18)* | Defined as required by law under 35 USC §112 (6). A proxy server and/or daemon, or equivalent thereto. **Support:** '600 Patent at 8:4-6 ("However, if a virus is detected, the present invention advantageously allows the FTP proxy server 60 to respond in any number of a variety of ways."). '600 Patent at 8:21-25 ("In step 626, the FTP proxy server 60 | This element is governed by 35 U.S.C. § 112 ¶ 6. The corresponding structure is FTP, SMTP, or HTTP proxy servers, and their structural equivalents. **Support:** Fortinet adopts the construction as determined by Judge Whyte in the *Trend v. Network Associates* litigation. *See* NAI Claim Construction Order at 2; '600 Patent at 8:4-16; |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | determines if it is to ignore the existence of a virus and continue the transfer. If so, the method continues in step 612 where the file is passed to the FTP daemon 78 and the temporary file is deleted."). | Trend's 2d Supp. PICs at 20. |
| | '600 Patent at 11:6-9 ("However, if a virus is detected, the present invention advantageously allows the SMTP proxy server 62 to respond in any number of a variety of ways, just as the FTP proxy server."). | |
| | Expert testimony of Dr. John Mitchell. | |
| means for sending the data to the destination address if the data does not contain a virus<br><br>*(claim 18)* | Defined as required by law under 35 USC §112 (6).<br><br>A proxy server, or its equivalents.<br><br>A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type.<br><br>**Support:**<br><br>NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents.").<br><br>Expert testimony of Dr. John Mitchell. | This element is governed by 35 U.S.C. § 112 ¶ 6.<br><br>The corresponding structure is FTP, SMTP, and HTTP proxy servers, or their structural equivalents.<br><br>**Support:**<br><br>Fortinet adopts the construction as determined by Judge Whyte in the *Trend v. Network Associates* litigation. *See* NAI Claim Construction Order at 2;<br><br>'600 Patent at 7:41-45, 7:67-8:3;<br><br>Trend's 2d Supp. PICs at 20. |
| means for transmitting the data unchanged | Defined as required by law under 35 USC §112 (6). | This element is governed by 35 U.S.C. § 112 ¶ 6. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| *(claim 20)* | A proxy server, or its equivalents.<br><br>A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type.<br><br>**Support:**<br><br>NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents.").<br><br>Expert testimony of Dr. John Mitchell. | The corresponding structure is FTP, SMTP, and HTTP proxy servers and a user configuration file, or their structural equivalents, that specifies whether the data containing a virus will be transmitted unchanged, not transmitted, or stored with a new file name with the recipient notified of the new file name and directory path.<br><br>**Support:**<br><br>'600 Patent at 8:4-16;<br><br>Trend's 2d Supp. PICs at 21. |
| means for not transmitting the data<br><br>*(claim 20)* | Defined as required by law under 35 USC §112 (6).<br><br>A proxy server, or its equivalents.<br><br>A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type.<br><br>**Support:**<br><br>NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents.").<br><br>Expert testimony of Dr. John Mitchell. | This element is governed by 35 U.S.C. § 112 ¶ 6.<br><br>The corresponding structure is FTP, SMTP, and HTTP proxy servers and a user configuration file, or their structural equivalents, that specifies whether the data containing a virus will be transmitted unchanged, not transmitted, or stored with a new file name with the recipient notified of the new file name and directory path.<br><br>**Support:**<br><br>'600 Patent at 8:4-16;<br><br>Trend's 2d Supp. PICs at 21-22. |
| means for storing the data in a file with a new name | Defined as required by law under 35 USC §112 (6). | This element is governed by 35 U.S.C. § 112 ¶ 6. |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| and notifying a recipient of the data transfer request of the new file name<br><br>*(claim 20)* | A proxy server and/or daemon, or equivalent thereto.<br><br>**Support:**<br><br>'600 Patent at 8:21-33 ("In step 626, the FTP proxy server 60 determines if it is to ignore the existence of a virus and continue the transfer. If so, the method continues in step 612 where the file is passed to the FTP daemon 78 and the temporary file is deleted. [T]he file is renamed and stored in a specified directory on the gateway node 33 and the user is notified of the new file name and directory path which can be used to manually request the file from the system administrator, and the temporary file is erased…").<br><br>Expert testimony of Dr. John Mitchell. | The corresponding structure is FTP, SMTP, and HTTP proxy servers and a user configuration file, or their structural equivalents, that specifies whether the data containing a virus will be transmitted unchanged, not transmitted, or stored with a new file name with the recipient notified of the new file name and directory path.<br><br>**Support:**<br><br>'600 Patent at 8:4-16;<br><br>Trend's 2d Supp. PICs at 22. |
| a second means for determining whether the data is of a type that is likely to contain a virus<br><br>*(claim 21)* | Defined as required by law under 35 USC §112 (6).<br><br>A proxy server, or its equivalents.<br><br>A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type.<br><br>**Support:**<br><br>NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents."). | This element is governed by 35 U.S.C. § 112 ¶ 6.<br><br>The corresponding structure is FTP, SMTP, or HTTP proxy servers, and their structural equivalents.<br><br>**Support:**<br><br>Fortinet adopts the construction as determined by Judge Whyte in the *Trend v. Network Associates* litigation. *See* NAI Claim Construction Order at 2;<br><br>'600 Patent at 7:33-40; |

| Term or Phrase | Trend Micro's Proposed Claim Construction and Support | Fortinet's Proposed Claim Construction and Support |
|---|---|---|
| | Expert testimony of Dr. John Mitchell. | Trend's 2d Supp. PICs at 23. |
| means for transmitting the data from the server to the destination without performing the steps of scanning, determining, performing and sending, if the data is not of a type that is likely to contain a virus<br><br>*(claim 21)* | Defined as required by law under 35 USC §112 (6).<br><br>A proxy server, or its equivalents.<br><br>A proxy server could be an FTP or SMTP proxy server, an HTTP proxy server, or a proxy server of another type.<br><br>The "means for determining" limitation of claim 21 encompasses the step of "scanning," and thus provides the antecedent basis for "the step[] of scanning."<br><br>**Support:**<br><br>NAI Claim Construction Order at 5-6 ("Therefore, Claims 18 through 22 cover FTP, SMTP, and HTTP proxy servers and their structural equivalents.").<br><br>'600 Patent at 15:17-16:15.<br><br>Expert testimony of Dr. John Mitchell. | Indefinite.<br><br>*This claim element is indefinite because there is no "scanning" function recited in claim 18 (i.e., "scanning" in claim 21 has no antecedent basis).*<br><br>This element is governed by 35 U.S.C. § 112 ¶ 6.<br><br>As in claim 4, this is a negative limitation. The recited function requires that if the data is of a type that is not likely to contain a virus, the apparatus transmits the data from the server to the destination with performing scanning, determining, performing, and sending elements from claim 18.<br><br>The corresponding structure is FTP, SMTP, or HTTP proxy servers, and their structural equivalents.<br><br>**Support:**<br><br>NAI Claim Construction Order at 2;<br><br>'600 Patent at 7:41-53;<br><br>Trend's 2d Supp. PICs at 24. |

Fortinet has not yet had the opportunity to depose Evan Chen and Shuang Ji, the named inventors of the '600 patent in this action and Christopher M. Tobin and Greg T. Sueoka, the prosecuting attorneys. Fortinet reserves the right to rely on any testimony from Evan Chen,

Shuang Ji, Christopher M. Tobin and Greg T. Sueoka in the event that said testimony is relevant to the construction of any of the terms.

## III.     CLAIM CONSTRUCITON HEARING AND OTHER ISSUES

The Claim Construction Hearing has been scheduled for February 14, 2006 at 2:00 p.m. The parties anticipate that between two and three hours, divided equally, will be sufficient for the Claim Construction Hearing, which includes time for a tutorial on the technology by the attorneys.  The parties do not anticipate introducing live witness testimony at the hearing.

Plaintiff Trend Micro may present deposition testimony of its expert, Dr. John Mitchell, at the Claim Construction Hearing in support of its construction of the proposed claim terms and phrases.  Trend Micro also reserves the right to introduce expert testimony to rebut Fortinet's claim construction positions, and any expert testimony introduced by Fortinet.

Fortinet may likewise present deposition testimony of its expert, Dr. Matthew Bishop, at the Claim Construction Hearing in support of its construction of the proposed claim terms and phrases and to rebut Trend Micro's claim construction positions, and any expert testimony introduced by Trend Micro.

Dated:  December 16, 2005                     MCDERMOTT WILL & EMERY LLP


                                              By: _____/s/_____
                                                          Mark G. Davis

                                              Attorneys for Plaintiff
                                              Trend Micro Incorporated


Dated:  December 16, 2005                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:_____/s/_____
                                                          Michael B. Levin

                                              Attorneys for Defendant
                                              Fortinet, Inc.

1          Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,

2   I attest under penalty of perjury that concurrence in the filing of the document has been obtained

3   from Mark G. Davis.

4

5   Dated:  December 16, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
6

7
                                                 By:_____/s/_____
8                                                      Michael B. Levin

9                                                Attorneys for Defendant
                                                 Fortinet, Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28