Keaton S. Parekh, State Bar No. 214396
Jimmy M. Shin, State Bar No. 200161
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
Facsimile:   650-813-5100
jshin@mwe.com

Mark G. Davis (*Pro Hac Vice*)
D. Sean Trainor (*Pro Hac Vice*)
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington D. C. 20005-3096
Telephone: 202-756-8000
Facsimile:   202-756-8087

Ron E. Shulman, State Bar No. 178263
Terry Kearney, State Bar No. 160054
Michael A. Berta, State Bar No. 194650
Michael B. Levin, State Bar No. 172329
Christopher Parry, State Bar No. 209858
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94303-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
cparry@wsgr.com

Attorneys for Plaintiff
**TREND MICRO INCORPORATED**

Attorneys for Defendant/Counterclaimant
**FORTINET, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/26/06*

| | |
|---|---|
| **TREND MICRO INCORPORATED**, a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>**FORTINET, INC.**, a Delaware Corporation;<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C04-01785 RMW<br><br>JOINT STIPULATION AND ORDER TO ADJUST CLAIM CONSTRUCTION BRIEFING AND RELATED SUMMARY JUDGMENT BRIEFING SCHEDULES |

Pursuant to Civil Local Rule 6-2, Trend Micro Incorporated ("Trend Micro") and Fortinet, Inc. ("Fortinet"), by and through their undersigned counsel, hereby stipulate to adjust the claim construction briefing and related summary judgment briefing schedules, subject to the Court's approval.

1    Pursuant to the Case Management Order (the "Order") and Patent Local Rules 4-5(a) and
2  4-5(b), the parties were to simultaneously exchange opening claim construction briefs on January
3  9, 2006 and simultaneously exchange their opposition claim construction briefs on January 30,
4  2006. In a joint stipulation filed, January 6, 2006, the parties requested that opening claim
5  construction briefs be moved from January 9, to January 12, that opposition briefs would be
6  exchanged as scheduled by the Order on January 30, and that the February 14 date of the hearing
7  remain unchanged. The parties also requested that Trend Micro's opposition to Fortinet's Partial
8  Summary Judgment Motion, filed January 12, would be due January 25 with Fortinet's reply due
9  on January 31.

10   The parties are currently engaged in active settlement negotiations regarding this case and
11 the related litigation before the International Trade Commission. In light of these ongoing
12 negotiations, Trend Micro and Fortinet hereby jointly and respectfully request that the briefing
13 schedule regarding claim construction and Fortinet's summary judgment motion be extended as
14 outlined in the following table, subject to the Court's approval:

| Event | Order | January 6 Stipulation | Current Request |
|---|---|---|---|
| Trend Micro's opposition to Fortinet's Partial Summary Judgment Motion | | January 25, 2006 | February 1, 2006 |
| Opposition claim construction briefs | January 30, 2006 | January 30, 2006 | February 1, 2006 |
| Fortinet's Reply to Trend Micro's Opposition to Fortinets Partial Summary Judgment Motion | | January 31, 2006 | February 8, 2006 |
| Claim Construction Hearing | February 14, 2006 | February 14, 2006 | February 14, 2006 |

24   This joint stipulated request to adjust claim construction briefing and related summary
25 judgment briefing schedules is made for good cause and not for purposes of delay.
26   IT IS SO STIPULATED:
27 //
28

JOINT STIPULATION AND ORDER                -2-                                    2805099_1.DOC
TO ADJUST CLAIM CONSTRUCTION AND
SUMMARY JUDGMENT  BRIEFING SCHEDULES
CASE NO. C02-5693 VRW

| | | |
|---|---|---|
| 1 | Dated: January 21, 2006 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By:   /s/<br>         D. Sean Trainor |
| 4 | | Attorneys for Plaintiff<br>Trend Micro Incorporated |
| 5 | | |
| 6 | | |
| 7 | Dated: January 21, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 8 | | |
| 9 | | By:   /s/<br>         Michael A. Berta |
| 10 | | Attorneys for Defendant<br>Fortinet, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/26/06          /S/ RONALD M. WHYTE
                                       United States District Judge

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from D. Sean Trainor.

Dated: January 23, 2006          WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

                                                   By:   /s/
                                                            Michael A. Berta

                                                   Attorneys for Defendant
                                                   Fortinet, Inc.