| | |
|---|---|
| 1 | Ron E. Shulman, State Bar No. 178263 |
|  | Terry Kearney, State Bar No. 160054 |
| 2 | Michael B. Levin, State Bar No. 172329 |
|  | Christopher Parry, State Bar No. 209858 |
| 3 | cparry@wsgr.com |
|  | WILSON SONSINI GOODRICH & ROSATI |
| 4 | Professional Corporation |
|  | 650 Page Mill Road |
| 5 | Palo Alto, CA  94303-1050 |
|  | Telephone:  (650) 493-9300 |
| 6 | Facsimile:   (650) 565-5100 |

Attorneys for Defendant and Counterclaimant
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/31/06*

| | |
|---|---|
| TREND MICRO INCORPORATED; | CASE NO. C04-01785 RMW |
|  |  |
|                    Plaintiff, | ORDER GRANTING FORTINET'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS C AND H TO DECLARATION OF MATTHEW A. BISHOP AND EXHIBIT 4 TO THE DECLARATION OF MICHAEL LEVIN |
|      v. |  |
|  |  |
| FORTINET, INC; |  |
|  |  |
|                    Defendant. |  |
|  |  |
| AND RELATED COUNTERCLAIMS |  |

ORDER GRANTING FORTINET'S MISC.
ADMIN. REQUEST TO FILE UNDER SEAL
CASE NO. C04-01785 RMW

2799953_1.DOC

1  Defendant and Counterclaimant Fortinet, Inc. ("Fortinet") has filed a Miscellaneous
2  Administrative Request with this Court pursuant to Civil Local Rule 7-11 and Civil Local Rule
3  79-5 for permission to file under seal Exhibits C and H to the Declaration of Matthew A. Bishop,
4  Ph.D in Support of Fortinet's Opening Claim Construction Brief, and Exhibit 4 to the
5  Declaration of Michael Levin in Support of Fortinet's Opening Claim Construction Brief.

6  After considering the requesting papers and all other matters presented to the Court, and
7  finding good cause therefor,

8  IT IS HEREBY ORDERED that FORTINET'S request is GRANTED.

11  Dated: 1/31/06                         /s/ Ronald M. Whyte
                                           The Honorable Ronald M. Whyte
12                                         United States District Judge

ORDER GRANTING FORTINET'S MISC.          -2-                        2799953_1.DOC
ADMIN. REQUEST TO FILE UNDER SEAL
CASE NO. C04-01785 RMW