| | |
|---|---|
| Keaton S. Parekh, State Bar No. 214396<br>Jimmy M. Shin, State Bar No. 200161<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:  650-813-5000<br>Facsimile:   650-813-5100<br>jshin@mwe.com<br><br>Mark G. Davis (*Pro Hac Vice*)<br>D. Sean Trainor (*Pro Hac Vice*)<br>McDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington D. C. 20005-3096<br>Telephone:  202-756-8000<br>Facsimile:   202-756-8087<br><br>Attorneys for Plaintiff<br>**TREND MICRO INCORPORATED** | Ron E. Shulman, State Bar No. 178263<br>Terry Kearney, State Bar No. 160054<br>Michael B. Levin, State Bar No. 172329<br>Christopher Parry, State Bar No. 209858<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA  94303-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>cparry@wsgr.com<br><br><br><br><br><br><br>Attorneys for Defendant/Counterclaimant<br>**FORTINET, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 2/6/06*

| | |
|---|---|
| **TREND MICRO INCORPORATED**,<br>a California corporation;<br><br>           Plaintiff,<br><br>      v.<br><br>**FORTINET, INC.**,<br>a Delaware Corporation;<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C04-01785 RMW<br><br>**STIPULATION AND ORDER TO POSTPONE CLAIM CONSTRUCTION BRIEFING AND HEARING AND SUMMARY JUDGMENT BRIEFING** |

Pursuant to Civil Local Rule 6-2, Trend Micro Incorporated ("Trend Micro") and Fortinet, Inc. ("Fortinet"), by and through their undersigned counsel, hereby stipulate and respectfully request postponement of the claim construction hearing and briefing, and the hearing for Fortinet's motion for partial summary judgment and briefing, currently in place in this proceeding.

1  Pursuant to the Case Management Order, the Court is currently scheduled to hold a claim construction hearing in the above-captioned action on February 14, 2006. Fortinet has also noticed a Motion for Partial Summary Judgment of Invalidity Under 35 U.S.C. § 112, ¶ 2 ("motion for partial summary judgment") to be heard on the same date as the claim construction hearing. Pursuant to the parties' prior request, on January 26, 2006 the Court extended the time for the briefing on claim construction and Fortinet's motion for partial summary judgment, but did not adjust the hearing dates.

On January 27, 2006 the parties executed a settlement agreement that is expected to fully and finally resolve this action. Pursuant to that agreement, the parties anticipate filing a Stipulation and [Proposed] Order of Dismissal with prejudice after certain terms of the agreement have been met. The parties anticipate filing the stipulation of dismissal within the next three weeks.

To avoid the unnecessary expenditure of judicial resources, Trend Micro and Fortinet hereby jointly request that the dates for the claim construction hearing and remaining related briefing, as well as the dates for the hearing on Fortinet's motion for partial summary judgment and remaining related briefing, be vacated and that this action be stayed pending the filing of the stipulation of dismissal.

**IT IS SO STIPULATED:**

//

| | |
|---|---|
| Dated: January 31, 2006 | MCDERMOTT WILL & EMERY LLP |
| | By: _____/s/_____<br>        Jimmy M. Shin |
| | Attorneys for Plaintiff<br>Trend Micro Incorporated |
| Dated: January 31, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: _____/s/_____<br>        Christopher Parry |
| | Attorneys for Defendant/Counterclaimant<br>Fortinet, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/6/06                                    ____/S/ RONALD M. WHYTE_____
                                                         The Honorable Ronald M. Whyte
                                                         UNITED STATES DISTRICT JUDGE

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jimmy M. Shin.

| | |
|---|---|
| Dated: January 31, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: _____/s/_____<br>        Christopher Parry |
| | Attorneys for Defendant/Counterclaimant<br>Fortinet, Inc. |