| | |
|---|---|
| Keaton S. Parekh, State Bar No. 214396<br>Jimmy M. Shin, State Bar No. 200161<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone:  650-813-5000<br>Facsimile:   650-813-5100<br>jshin@mwe.com<br><br>Mark G. Davis (*Pro Hac Vice*)<br>D. Sean Trainor (*Pro Hac Vice*)<br>McDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington D. C. 20005-3096<br>Telephone:  202-756-8000<br>Facsimile:   202-756-8087<br><br>Attorneys for Plaintiff<br>**TREND MICRO INCORPORATED** | Ron E. Shulman, State Bar No. 178263<br>Terry Kearney, State Bar No. 160054<br>Michael B. Levin, State Bar No. 172329<br>Christopher Parry, State Bar No. 209858<br>WILSON SONSINI GOODRICH &<br>ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA  94303-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>cparry@wsgr.com<br><br><br><br><br><br>Attorneys for Defendant/Counterclaimant<br>**FORTINET, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                              *E-FILED - 2/13/06*

| | |
|---|---|
| **TREND MICRO INCORPORATED**,<br>a California corporation;<br><br>               Plaintiff,<br><br>     v.<br><br>**FORTINET, INC.**,<br>a Delaware Corporation;<br><br>               Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C04-01785 RMW<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Each party shall bear its own attorney's fees and costs.

//

| | |
|---|---|
| Dated: February 10, 2006 | MCDERMOTT WILL & EMERY LLP |
| | By: ____/s/_____<br>        Mark G. Davis |
| | Attorneys for Plaintiff<br>Trend Micro Incorporated |
| Dated: February 10, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: ____/s/_____<br>        Michael B. Levin |
| | Attorneys for Defendant/Counterclaimant<br>Fortinet, Inc. |

**IT IS SO ORDERED.**

Dated: 2/13/06                              ____/S/ RONALD M. WHYTE_____
                                                         The Honorable Ronald M. Whyte
                                                         UNITED STATES DISTRICT JUDGE

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Mark G. Davis.

| | |
|---|---|
| Dated: February 10, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: ____/s/_____<br>        Michael B. Levin |
| | Attorneys for Defendant/Counterclaimant<br>Fortinet, Inc. |