IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC., | No. C-08-5371 MMC |
|     Plaintiff | |
| | **ORDER OF REFERRAL** |
|     v. | |
| TREND MICRO INCORPORATED, | |
|     Defendant | |
| _____/ | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Ronald M. Whyte for consideration of whether the case is related to <u>Trend Micro Inc. v. Fortinet, Inc.</u>, 04-1785 RMW.  (<u>See</u> First Amended Complaint ¶¶ 27-40, Ex. L.)

**IT IS SO ORDERED.**

Dated:  February 4, 2009

                                                          MAXINE M. CHESNEY  
                                                          United States District Judge