**E-filed:  2/18/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREND MICRO INC.,<br><br>　　　　Defendant. | No. C-08-05371 MMC<br><br>ORDER NOT RELATING CASES<br><br>**[Re Docket No. 12]** |
| TREND MICRO INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORTINET, INC.,.<br><br>　　　　Defendant. | No. C-04-01785 RMW<br><br>**[Re Docket No. 56]** |

　　　Pursuant to Civil Local Rule 3-12(c), the court in C-08-05371 entered a *sua sponte* judicial referral to determine whether that action is related to C-04-01785.

　　　The prior case involved allegations by Trend Micro that Fortinet infringed U.S. Patent No. 5,623,600. *See* Docket No. 1 (May 5, 2004). The case proceeded to claim construction with the filing of the parties' joint claim construction statement but got no further. The parties continued the hearing on claim construction and eventually stipulated to dismiss the case. Docket No. 53 (Feb. 13,

ORDER NOT RELATING CASES
C-08-05371 MMC & C-04-01785 RMW
TSF

1  2006). The stipulation of dismissal is very terse, and it contains no language about the court
2  retaining jurisdiction to enforce a settlement agreement. *See id.*

3  The peace does not appear to have lasted. In the 08-05371 case, Fortinet seeks a declaratory
4  judgment that it does not owe royalties to Trend Micro because of the '600 patent's invalidity and/or
5  unenforceability. Docket No. 11 ¶¶ 46-50 (Feb. 3, 2009). Fortinet seeks similar declaratory relief as
6  to a second patent, U.S. Patent No. 5,889,943, which was not involved in the prior litigation. *Id.* ¶¶
7  51-55. Fortinet further alleges a monopolization claim against Trend Micro based on its
8  procurement of the '600 patent and accuses Trend Micro of unfair competition. *See id.* ¶¶ 56-83.

9  Civil Local Rule 3-12(a) defines a "related case" as one that concerns "substantially the same
10 parties, property, transaction or event" and "[i]t appears likely that there will be an unduly
11 burdensome duplication of labor and expense or conflicting results if the cases are conducted before
12 different Judges." Though the second action adds a patent, the court is satisfied that the bulk of the
13 second action turns on the '600 patent, which was also the subject of the first action. The first prong
14 of Rule 3-12(a) is met.

15 But the second prong is not. There is no risk of conflicting results because nothing happened
16 in the first action. *See* Docket No. 11 ¶ 27 ("The Prior Fortinet Northern District Action was stayed
17 during the [ITC] Investigation."). Nor will there be a burdensome duplication of labor, as the court
18 did not even hold a claim construction hearing before the parties settled the first action. *Compare*
19 *with Hynix Semiconductor, Inc. v. Rambus Inc.*, 2008 WL 3916304 (N.D. Cal. Aug. 24, 2008)
20 (denying motion to relate).

21 For the foregoing reasons, the court has determined that the two cases are not related under
22 the local rules and that no reassignments shall occur.

23
24 DATED:   2/18/2009                                   *Ronald M. Whyte*
25                                                     RONALD M. WHYTE
                                                       United States District Judge
26
27
28

ORDER NOT RELATING CASES
C-08-05371 MMC & C-04-01785 RMW
TSF                                       2

**Notice of this document has been electronically sent to counsel in:**

**C-04-01785:**

| | |
|---|---|
| Michael A. Berta | mberta@wsgr.com |
| Terrence J.P. Kearney | tkearney@wsgr.com |
| Kenneth S. Korea | ken.korea@dechert.com |
| Michael Brett Levin | mlevin@wsgr.com |
| Keaton Parekh | kparekh@mwe.com |
| Christopher R. Parry | cparry@wsgr.com |
| Sarah Elizabeth Piepmeier | spiepmeier@gibsondunn.com |
| Stefani Elise Shanberg | sshanberg@wsgr.com |
| Jimmy Minjae Shin | jshin@mwe.com |
| Ron Eleazer Shulman | rshulman@wsgr.com |
| Kenneth Brian Wilson | kwilson@carrferrell.com |

**C-08-05371:**

| | |
|---|---|
| Robin Lynn Brewer | rbrewer@wsgr.com |
| Robert D. Fram | rfram@cov.com |
| Michael A. Ladra | mladra@wsgr.com |
| Michael Myles Markman | mmarkman@cov.com |
| Stefani Elise Shanberg | sshanberg@wsgr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program in each action.

**Dated:**    2/18/2009                                                                TSF
                                                                                   **Chambers of Judge Whyte**

ORDER NOT RELATING CASES
C-08-05371 MMC & C-04-01785 RMW
TSF                                                                 3

**United States District Court**
For the Northern District of California